SEALED

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2025-1
JUNE 23, 2026 SESSION



FILED

JUN 2 3 2026

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.                              CRIMINAL NO. 1:26-cr-00073
                                18 U.S.C. § 1546
                                18 U.S.C. § 924(a)(1)(A)
                                18 U.S.C. § 911

JOSE LUIS PONS-PALOMARES

# I N D I C T M E N T

The Grand Jury Charges:

## COUNT ONE

On or about October 1, 2022, at or near Princeton, Mercer County, West Virginia, and within the Southern District of West Virginia, defendant JOSE LUIS PONS-PALOMARES knowingly made under oath, and as permitted under penalty of perjury under section 1746 of Title 28 of the United States Code, knowingly subscribed as true, a false statement with respect to a material fact in any application, affidavit, and other document required by the immigration laws and regulations prescribed thereunder, and knowingly presented any such application, affidavit, and other document which contained any such false statement, that is,

defendant JOSE LUIS PONS-PALOMARES certified under penalty of perjury that statements made in an Application to Register Permanent Residence or Adjust Status, also known as a "Form I-485," were complete, true, and correct, but defendant JOSE LUIS PONS-PALOMARES then knew that the following statements were not true or correct:

| Question | Answer |
|---|---|
| Have you EVER worked in the United States without authorization? | No |
| Are you presently or have you EVER been in removal, exclusion, rescission, or deportation proceedings? | No |
| Have you EVER been arrested, cited, charged, or detained for any reasons by any law enforcement official (including but not limited to any U.S. immigration official or any official of the U.S. armed forces or U.S. Coast Guard)? | No |

In violation of Title 18, United States Code, Section 1546.

## COUNT TWO

On or about March 26, 2026, at or near Bluefield, Mercer County, West Virginia, and within the Southern District of West Virginia, defendant JOSE LUIS PONS-PALOMARES knowingly made a false statement and representation to Company 1, a licensed firearms dealer under Chapter 44 of Title 18 of the United States Code, with respect to  information required by Chapter 44 of Title 18 of the United States Code to be kept in Company 1's records, that is, defendant JOSE LUIS PONS-PALOMARES certified on a Firearms Transaction Record, also known as an "ATF Form 4473," that he was not an alien illegally or unlawfully in the United States when he then knew that he was an alien and did not have legal immigration status to be present in the United States.

In violation of Tile 18, United States Code, Section 924(a)(1)(A).

## COUNT THREE

On or about March 26, 2026, at or near Bluefield, Mercer County, West Virginia, and within the Southern District of West Virginia, defendant JOSE LUIS PONS-PALOMARES, a citizen of Mexico and therefore an alien in the United States, falsely and willfully represented himself to be a citizen of the United States on a Firearms Transaction Record, also known as an "ATF Form 4473," when he then knew that he was not a citizen of the United States.

In violation of Title 18, United States Code, Section 911.


MOORE CAPITO
United States Attorney

By: _____

JUDSON C. MACCALLUM
Assistant United States Attorney