# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### BLUEFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal Action No. 1:26-cr-00073 |
| | ) | |
| JOSE LUIS PONS-PALOMARES | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER

Pursuant to the Defendant's arrest on Indictment (ECF Doc. 1) and the Defendant requesting a Spanish interpreter, the undersigned will conduct the Initial Appearance, Arraignment and Detention Hearing on **Thursday, July 16, 2026, at 1:30 p.m. in Beckley**.[1]

The Court **DIRECTS** the Clerk to transmit a copy of this Order to counsel of record, to the Defendant, to the United States Probation Office, and to the Office of the United States Marshal.

ENTERED: July 9, 2026.



Omar J. Aboulhosn
United States Magistrate Judge

---

[1] The Court finds that the defendant named in the above-captioned matter was arrested and is entitled to an Initial Appearance, Arraignment and Detention Hearing pursuant to **Rule 5(a)(1)** of the Federal Rules of Criminal Procedure, which requires that an arrested person be brought before a Magistrate Judge without unnecessary delay. The Court further finds the defendant requires the assistance of a Spanish language interpreter to understand the proceedings and to meaningfully participate in the Initial Appearance, as required by the **Court Interpreters Act**, 28 U.S.C. § 1827. Despite reasonable efforts by the Court and court staff to secure a certified or otherwise qualified Spanish language interpreter at an earlier time, no such interpreter is available to appear before the Court until Thursday, July 16, 2026. The Court therefore finds that the delay in conducting the defendant's Initial Appearance until that date is the result of the unavailability of a qualified interpreter and constitutes a necessary administrative and logistical delay. The Court further finds that, under these circumstances, the delay is not unnecessary within the meaning of **Rule 5(a)(1)**. Accordingly, the Initial Appearance for the defendant shall be conducted on Thursday, July 16, 2026, when a qualified interpreter will be available to assist the Court and the defendant.