**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                      **Case No.: 1:26-cr-00073**

**JOSE LUIS PONS-PALOMARES**

**O R D E R**

At Charleston, on July 20, 2026, came the United States by Judson C. MacCallum, Assistant United States Attorney, and came the defendant in person and by counsel, Clint Carte, Assistant Federal Public Defender, for the purpose of an arraignment and detention hearing as previously ordered by the Court.   Also present was Shamika Wade, United States Probation Officer.

The Arraignment was held and the Arraignment Order and Standard Discovery Requests was completed and filed.   Following the arraignment, the Court proceeded to the detention hearing.

The United States previously filed a Motion for Detention Hearing.   Following the testimony of witnesses, and proffers and arguments of counsel, the Court considered the Pretrial Services Report, the factors contained in 18 U.S.C. § 3142(g), and the recommendation of the probation officer.   For reasons more fully stated on the record and incorporated by reference herein, the Court finds that there are reasonable less-restrictive alternatives to detention.   The Court further finds that the defendant does not pose a risk of flight or a danger to others and the community.   Therefore, it is hereby **ORDERED** that the defendant is released on a Ten Thousand Dollar unsecured

Appearance Bond and Order Setting Conditions of Release as outlined under separate order.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshals Service.

**ENTER:**    July 21, 2026

Dwane L. Tinsley
United States Magistrate Judge