AO 187 (Rev. 7/87) | USDC/CRT-009 (Rev. 1/16) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BLUEFIELD



**FILED**

**JUL 2 1 2026**

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.

JOSE LUIS PONS-PALOMARES

## EXHIBIT AND WITNESS LIST

Case Number: 1:26-cr-00073

| PRESIDING JUDGE | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|
| Honorable Dwane L. Tinsley | | AUSA Judson C. MacCallum | AFPD Clint Carte |

| TRIAL DATE (S) | | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|---|
| Detention Hearing - 07/20/26 | | Electronic Recording | Kim Begovich |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* OR NAME OF WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/20/26 | | | Zachary Sedam, HSI Special Agent |
| 1 | | 7/20/26 | X | X | US Citizenship and Immigration Services Certificate of Non-Existence |
| 2 | | 7/20/26 | X | X | US Department of Justice Application for Redetermination of Custody Status |
| | 1 | 7/20/26 | | | Juan David Gonzales-Villanueva |
| | 2 | 7/20/26 | | | Mandy Fink |
| | 3 | 7/20/26 | | | Jan Farley |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of _____1_____ Pages